**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 8 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| PREMIER DEVELOPMENT AND INVESTMENT, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 3:04-CV-0405-L |
| EQUITILINK, L.L.C., et al., | § § § | |
| Defendants. | § | |

## ORDER

On September 13, 2005, the court ordered Plaintiff to supplement its motion for default judgment with respect to attorney's fees and provide the court with information that supports its request for $50,000. Plaintiff has not complied with the court's order. Accordingly, the court **directs** Plaintiff to file its supplement to its motion for default judgment with respect to attorney's fees and provide the court with information that supports its request for $50,000 no later than **November 28, 2005**. If Plaintiff fails to comply with this order, the court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for want of prosecution or failure to comply with a court order.

It is so ordered this 8th day of November, 2005.

Sam A. Lindsay
United States District Judge

Order - Solo Page