

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 8 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| PREMIER DEVELOPMENT AND<br>INVESTMENT, INC., | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | Civil Action No. 3:04-CV-0405-L |
| EQUITILINK, L.L.C., et al, | §<br>§ | |
| Defendants. | §<br>§<br>§ | |

## SUPPLEMENT TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND APPLICATION FOR ATTORNEY'S FEES

**COMES NOW** Premier Development and Investment, Inc., Plaintiff, and files this its Application for Attorney's Fees and Supplement to Plaintiff's Motion for Default Judgment and would respectfully show the Court as follows:

1.      On January 2, 2004, Plaintiff sued Defendants for breach of contract.

2.      On April 6, 2005, the Court ordered the case administratively closed pursuant to a letter from the mediator, Jerome S. Levy, informing the Court that the action had settled. On July 28, 2005 the Court struck Defendants' Original Answer and found Defendants in default.

3.      On May 5, 2005, the Court granted Defendants' Motion to Withdraw as Counsel. Further, the Court ordered Defendants to retain counsel and cause counsel to enter a written appearance with the Clerk of the Court no later than June 6, 2005.

4.      Defendants did not retain counsel.

5.      On May 20, 2005, Plaintiff filed its Motion to Reopen and Brief in Support on the grounds that the mediation was unsuccessful. Although the mediation resulted in a Memorandum

of Compromise and Settlement, the Defendants failed to comply with its terms rendering the settlement of no further force or effect.

6.     Defendants did not file a response to Motion to Reopen and Brief in Support.

7.     On June 22, 2005, the Court granted Plaintiff's Motion to Reopen.

8.     On July 28, 2005, the Court struck Defendant's Original Answer filed on February 22, 2005 and held Defendants in default. The Court ordered Plaintiff to move for default judgement no later than August 12, 2005.

9.     On August 11, 2005 Plaintiff filed its Motion for Default Judgment.

10.     On September 13, 2005 the Court granted Plaintiff's Motion for Default Judgment for $810,000.00 and ordered Plaintiff to supplement its motion.

11.     On November 8, 2005 the Court directed Plaintiff to file its supplement to its Motion for Default Judgment with respect to attorney's fees and provide the Court with information to support its request for attorney's fees no later than November 28, 2005.

12.     Premier Development and Investment, Inc. respectfully shows the following in support of its request for attorney's fees and expenses in the amount of $61,497.98, and would show the following in support of its Application for Attorney's Fees:

a.     Affidavit of Andrew L. Jones and the statements regarding attorney's fees, and

b.     Exhibit 1 attached thereto as curriculum vitae of Andrew L. Jones; and

c.     Exhibit 2 attached thereto as a Summary of Legal Services and Expenses.

13.     Plaintiff's Application for Attorney's Fees provides the Court with sufficient information detail and evidence in compliance with the standards of *Rutherford v. Harris County, Texas*, 197 F. 3d 173, 192 (5th Cir. 1999).

## PRAYER

**WHEREFORE,** it is respectfully requested that the Court grant Premier Development and Investment, Inc.'s Supplement to Motion for Default Judgment and Application for Attorney's Fees be granted and for such other and further relief as Plaintiff is entitled in law and equity.

Respectfully submitted,

ERIC D. FEIN, P.C. & ASSOCIATES

By: _____
**Eric D. Fein**
State Bar No. 06879020
**Vickie S. Brandt**
State Bar No. 24031878
3500 Oak Lawn Avenue, Suite 510
Dallas, Texas 75219
(214) 522-9596 - Telephone
(214) 522-9599 - Facsimile
*ATTORNEYS FOR PREMIER DEVELOPMENT AND INVESTMENT, INC.*

## CERTIFICATE OF SERVICE

The undersigned, Eric D. Fein, of Eric D. Fein, P.C. & Associates, 3500 Oak Lawn Avenue, Suite 510, Dallas, Texas 75219, hereby certifies that copies of the foregoing Notice of Appearance was forwarded via Certified Mail, Return Receipt Requested, First Class Mail, Postage Prepaid, Facsimile, Hand Delivery, and/or Overnight Delivery to Defendants on this 28rd day of November 2005.

Equitilink, L.L,C,
4275 Executive Square, Suite 210
La Jolla, California 92037

_____
Eric D. Fein

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER DEVELOPMENT AND INVESTMENT, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:04-CV-0405-L |
| EQUITILINK, L.L.C., et al, | § § § | |
| Defendants. | § § | |

---

## AFFIDAVIT OF ANDREW L. JONES IN SUPPORT OF ATTORNEY'S FEES

---

| | |
|---|---|
| **STATE OF TEXAS** | § § |
| **COUNTY OF DALLAS** | § |

**BEFORE ME**, the undersigned authority, on this day personally appeared Andrew L. Jones, who being by me duly sworn on his oath deposed and says:

1.       "My name is Andrew L. Jones. I am over the age of eighteen years of age and I am fully competent to testify to the matters stated in this Affidavit. I have personal knowledge of the facts and statements contained in this Affidavit and that such items are correct."

2.       "I am an attorney licensed to practice law before the courts of the State of Texas. I have been licensed to practice law since 1999, and I have been engaged in practicing civil law and have specialized in civil litigation. *Attached hereto as Exhibit A, is a true and correct copy of my curriculum vitae.* I am familiar with prosecuting actions for breach of contract. I was hired by Premier Development and Investment, Inc. to prosecute its claims against the Defendants in this action. In the course of the litigation, I was required to conference with the client, conduct research, prepare correspondence, petitions, written discovery, motions, responses and replies to motions, take

---

AFFIDAVIT OF ANDREW L. JONES-PAGE-1

depositions, obtain expert witnesses and conference with the expert and obtain his report, and prepare for trial. All of the aforementioned actions were necessary in the prosecution of Plaintiff's claims against the Defendants. Plaintiff obtained an Order for Judgment against Equitilink, L.L.C. in the amount of $810,000.00 plus attorney's fees.

3.      My fees in this matter were at a rate of $250.00. I am familiar with the fees charged for similar cases in area covered by the United States District Court for the Northern District of Texas and these fees are reasonable for the services performed. The case involves a claim for breach of contract for public relations services. Defendant claimed that the services were performed properly and asserted affirmative defenses of waiver, estoppel and/or ratification.

4.      I performed legal services in the amount of 211.4 hours at the rate of $250.00 for a total of $52,735.00. The expenses incurred during the course of the litigation, including expenses for filing fees, service fee, mediation fee, deposition fee and the retention of an expert were $8,762.98. The total for legal services performed and expenses incurred was $61,497.98. *See attached hereto as Exhibit B, a true and correct copy of the Statement for Premier Development and Investment, Inc.*

5.      The fees I charged are those customarily charged in this area for same or similar services by an attorney with my experience, reputation, and ability considering the nature of the controversy, the time limitations imposed, the results obtained compared with results in similar cases, and the nature and length of my relationship with Plaintiff.

6.      The items listed in the Application for Attorney's Fees have been necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed.

7.      The relationship between the attorney and Plaintiff is a long time relationship spanning approximately four years.

AFFIDAVIT OF ANDREW L. JONES-PAGE-2

Further Affiant Sayeth Not."

_____
Andrew L. Jones

**STATE OF TEXAS**           §
                            §
**COUNTY OF DALLAS**         §

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 28th day of November 2005.

(SEAL)

> GABRIELA ROSALES
> Notary Public, State of Texas
> My Commission Expires
> JANUARY 29, 2006

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires on: _____

**AFFIDAVIT OF ANDREW L. JONES-PAGE-3**

EXHIBIT "A"

**TIPTON JONES LLP**
*Attorneys & Counselors*

P.O. Box 601025
Dallas, Texas 75360

(214) 979-0100
(214) 303-1812 (fax)

ANDREW L. JONES
ajones@tiptonjonesllp.com

TiptonJonesLLP.com

## RESUME



Andrew L. Jones, an experienced Dallas-based trial lawyer, tackles clients' challenges as his own and creates effective and efficient solutions throughout Texas, nationwide through a network of local counsel relationships, and internationally due to the evolution of the global economy.

Andrew has represented a wide array of businesses, including financial services companies, building contractors, professional service providers, business process outsourcers, manufacturers, and real estate developers.

Andrew has served as a director and officer of a micro cap publicly traded restaurant company, as a director of a privately held financial services company, and as an officer of a privately held accounts receivable outsourcing company.

Andrew served as President of the North Dallas Bar Association from 2002 to 2003 and regularly speaks to business groups on various legal topics.

Andrew is admitted to practice law by the Supreme Court of Texas, by the United States District Court for the Northern District of Texas, and by state and federal courts in various other states for particular cases.

Andrew earned his Juris Doctorate degree from Baylor University in 1999 after earning his B.A. in Government at the University of Texas at Austin in 1996. Andrew was born in Chicago, Illinois and grew up in Austin, Texas.

EXHIBIT "B"

P.O. Box 601025
Dallas, Texas 75360-1025


                                                    Page: 1
Scott Sitra                                       11/25/2005
Premier Development & Investment      Account No:  80010-01
P.O. Box 23542                        Statement No:     2192
Tampa  FL  33623-3542
USA

Attn: Scott Sitra

Premier v. Equitilink, et al



                    Services

                                        Hours
12/09/03  Reviewed Service Agreement between
          Equitilink, LLC and Premier, discussed
          demand letter and possible litigation
          process with Scott Sitra.           2.40    600.00

12/10/03  Researched Equitilink and drafted demand
          letter based on October 1, 2003 Service
          Agreement and further discussions with
          Scott Sitra.                        3.20    800.00

01/09/04  Telephone conference with Scott Sitra and
          Al Delisle about the possible defendants:
          Jim Mahoney, Tom Mahoney, Equitilink,
          LLC, and Shamrock Holdings.  Also
          discussed their goal of getting 600,000
          shares of stock back in certificate form
          or the cash value of the stock.     2.10    525.00

01/21/04  Researched Equitilink, LLC on California
          Secretary of State web site.  Reviewed
          notes, December 10, 2003 demand letter,
          and drafted Plaintiff's Original Petition
          and Request for Disclosure.          6.70  1,675.00

01/26/04  Reviewed Judge Woody's dismissal hearing
          notice requiring service and default
          judgment if no answer.               0.40    100.00

02/20/04  Reviewed Defendants' Original Answer and
          Defendants' Rule 194 Requests for
          Disclosure, discussed same and strategy
          with Scott Sitra.                    1.60    400.00

02/25/04  Reviewed Defendants' First Amended Answer
          and Notice of Removal, and Robert Tobey's
          cover letters.  Reviewed Defendants'
          Certificate of Interested Persons.
          Telephone update conference with Scott
          Sitra.                               2.30    575.00

Scott Sitra

11/25/2005
Account No:   80010-01
Statement No:      2192

Premier v. Equitilink, et al

|  |  | Hours |  |
|---|---|---|---|
| 02/27/04 | Telephone conference with Scott Sitra and Al Delisle about SEC call possibly involving Equitilink. | 2.80 | 700.00 |
| 03/01/04 | Reviewed Judge Woody's Order to Clerk to Close File in County Court at Law #4, because of removal to Federal Court. | 0.20 | 50.00 |
| 03/02/04 | Reviewed Judge Lindsay's Order Requiring Attorney Conference and Status Report. Discussed strategy with Scott Sitra. | 2.40 | 600.00 |
| 03/08/04 | Conference call with Robert Tobey about Rule 26 items in Status Report, called and updated Scott and Al. | 1.80 | 450.00 |
| 03/15/04 | Calculated damages based upon different share prices.  Drafted proposed Status Report for Robert Tobey's review and comment. | 2.80 | 700.00 |
| 03/22/04 | Reviewed Tobey's changes to proposed Status Report, revised Status Report for filing with the Court.  Discussed same with Scott Sitra and Al Delisle. | 1.80 | 450.00 |
| 04/12/04 | Reviewed Tobey's letter requesting production of documents pursuant to FRCP 26(a)(1)(B).  Drafted and filed Plaintiff's Initial Disclosures. Telephone conference with Scott Sitra and Al Delisle about the facts of the case. | 2.60 | 650.00 |
| 04/13/04 | Reviewed "Defendants' Pre-Trial Disclosures," including documents Tobey produced.  Reviewed Notice of Defendants' Pre-Trial Disclosures.  Discussed same with Scott Sitra and Al Delisle. | 4.20 | 1,050.00 |
| 04/21/04 | Reviewed Judge Lindsay's Scheduling Order, discussed same with Scott Sitra and Al Delisle.  Calendared all deadlines. | 3.30 | 825.00 |
| 04/23/04 | Reviewed Judge Lindsay's April 20, 2004 Mediation Order and began researching mediators. | 1.80 | 450.00 |
| 05/03/04 | Worked on production of documents pursuant to FRCP 26(a)(1)(B).  Reviewed and discussed numerous documents with Victoria Carlton and Scott Sitra.  Talked with Jason Trahan about Don Erickson at Erickson Partners as good damages expert. | 6.20 | 1,550.00 |

Scott Sitra

Account No:  80010-01
Statement No:      2192

Premier v. Equitilink, et al

|  |  | Hours |  |
|---|---|---|---|
| 05/04/04 | Good telephone conversation with Don Erickson about performing damages valuation expert services, agreed to get together for lunch. | 0.60 | 150.00 |
| 05/06/04 | Reviewed Tobey's letter requesting production of documents pursuant to FRCP 26(a)(1)(B).  Produced documents to Tobey. | 1.50 | 375.00 |
| 06/07/04 | Lunch with Erickson Partners, LLC about damages valuation in this case, provided case number and basic case information to Bryce Erickson for conflict check and engagement letter. | 2.80 | 700.00 |
| 06/15/04 | Reviewed Erickson Partners, LLC engagement letter and discussed the need for a damages expert with Victoria Carlton and Scott Sitra. | 2.30 | 575.00 |
| 07/07/04 | Telephone conference with Scott about Erickson Partners, LLC's preliminary damages calculation. | 1.70 | 425.00 |
| 08/10/04 | Reviewed Premier Board Minutes, complaint, contract, cost to Premier to replace Equitilink, and issue of floating shares v. outstanding shares in micro-cap companies with Bryce Erickson. | 3.60 | 900.00 |
| 08/19/04 | Discussed settlement with Robert Tobey and drafted Joint Status Report on Settlement.  Revised Joint Status Report on Settlement in accordance with Tobey's revisions.  Conference call updating Scott and Al. | 3.60 | 900.00 |
| 08/24/04 | Reviewed Erickson invoice through today's date and checked it against case file. Conference call with Scott, Al, and Erickson Partners, LLC about damages valuation.  Conference call with just Scott and Al about settlement demand based on damages valuation.  Drafted settlement offer letter, subject to FRE 408. | 3.20 | 800.00 |
| 08/25/04 | Drafted Joint Motion for Enlargement of Time to the Deadline for Mediation and Brief in Support | 4.80 | 1,200.00 |
| 09/01/04 | Reviewed Erickson Partners, LLC Expert Report and drafted Plaintiff's Designation of Expert Witnesses. Reviewed Judge Lindsay's Order modifying | | |

Scott Sitra

11/25/2005
Account No:  80010-01
Statement No:      2192

Premier v. Equitilink, et al

|  |  | Hours |  |
|---|---|---|---|
| | the discovery deadline in the Scheduling Order.  Reviewed Agreed Order for the Enlargement of Time to the Deadline for Mediation. | 4.40 | 1,100.00 |
| 09/24/04 | Drafted letter to Tobey regarding depositions dates.  Called and updated Scott regarding case strategy. | 1.70 | 425.00 |
| 10/04/04 | Reviewed Defendants' Designation of Expert Witnesses. | 0.30 | 75.00 |
| 11/05/04 | Drafted letter to Tobey regarding deposition date for Defendant's corporate representative. | 0.50 | 125.00 |
| 12/03/04 | Drafted letter to Tobey regarding available dates for Plaintiff's corporate representative deposition.  Drafted Joint Motion for Enlargement of Time to the Deadline for Mediation and Discovery and Brief in Support Thereof. | 3.30 | 825.00 |
| 12/08/04 | Reviewed Judge Lindsay's December 7, 2004 Order denying without prejudice the parties' Joint Motion for Enlargement of Time to the Deadline for Mediation and Discovery. | 0.30 | 75.00 |
| 12/17/04 | Drafted Joint Motion for Continuance and Request for a Revised Scheduling Order and Brief in Support Thereof. | 6.20 | 1,550.00 |
| 12/23/04 | Reviewed Judge Lindsay's Amended Scheduling Order with Scott Sitra, and discussed case strategy.  Calendared all deadlines. | 3.20 | 800.00 |
| 12/29/04 | Reviewed Tobey's letter to Judge Lindsay's Judicial Assistant regarding the Court's December 23, 2004 Amended Scheduling Order. | 0.30 | 75.00 |
| 01/14/05 | Reviewed Judge Lindsay's Second Amended Scheduling Order.  Caledared all deadlines. | 2.20 | 550.00 |
| 01/21/05 | Drafted internal case Status Report, based on review of file and Second Amended Scheduling Order. | 1.90 | 475.00 |
| 02/18/05 | Drafted Plaintiff Premier Development & Investment, Inc.'s Interrogatories to Defendants. | 6.60 | 1,650.00 |

Scott Sitra

Account No:    80010-01
Statement No:       2192

Premier v. Equitilink, et al

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hours |          |
|------------|-------|----------|
| 02/21/05 | Drafted Plaintiff Premier Development & Investment, Inc.'s Request for Admissions. | 7.40 | 1,850.00 |
| 02/22/05 | Drafted letter with Interrogatories and Request for Admissions enclosed, and again requested deposition dates for Equitilink's corporate representative. | 0.80 | 200.00 |
| 03/01/05 | Drafted Notice of Intention to Take the Deposition of Equitilink, LLC. | 5.10 | 1,275.00 |
| 03/14/05 | Drafted internal case status report, based upon review of the file and Judge Lindsay's Second Amended Scheduling Order. | 1.60 | 400.00 |
| 03/17/05 | Settlement conference call with Tobey. Follow up conference call with Scott and Al, who rejected the possible offer. Agreed that I will call Tobey tomorrow morning to schedule mediation and try to re-schedule Equitilink's corporate representative deposition. | 1.80 | 450.00 |
| 03/18/05 | Phone call with Tobey, who, in response to information that the Equitilink corporate representative deposition is noticed for 3/31 at 9:00 am and suggestion of 4/1 for mediation, per Tobey's request, said that he will "run it by his people." | 0.40 | 100.00 |
| 03/21/05 | Researched proper methods of responding to request for admissions: FRCP 5(b)(2) Service under Rule 5(a) is made by:(D) Delivering a copy by any other means, including electronic means, consented to in writing by the person served. Service by electronic means is complete on transmission; service by other consented means is complete when the person making service delivers the copy to the agency designated to make delivery. If authorized by local rule, a party may make service under this subparagraph (D) through the court's transmission facilities. Tobey called this morning and agreed to a 3/31 2:00 pm Premier depo of Mahoney. Also agreed to 4/1 9:00 am Equitlink mediation with Will Pryor, Courtney Bass, or Ross Hostetter at Burdin. Tobey will set up depo. | 2.40 | 600.00 |
| 03/22/05 | Researched and called potential mediators, including Ross Stoddard, Mike | | |

Scott Sitra
Premier v. Equitilink, et al

11/25/2005
Account No:   80010-01
Statement No:       2192

Hours

    Amis, Frank Carroll, Earl Hale, Jeff
    Abrams, Henry Simpson, Courtney Bass, and
    Jerome Levy.  Jerome Levy, $500 per half
    day, available 4/1 for AM half-day
    mediation (he penciled us in).  Also left
    detailed msg. for Ross Stoddard.  Ms.
    Bass has us penciled in for 4/1.  Tobey
    is happy with Levy or Stoddard, so Glenda
    and I chose Levy b/c he is available and
    conveniently located.  Glenda will cancel
    Burdin and we will, per Levy's request,
    fax a confirmation letter to him and call
    Stoddard's office and retract request to
    schedule mediation.  After good telephone
    conversation with Mr. Levy and phone call
    to Scott Sitra, drafted letter to Mr.
    Levy confirming April 1, 2005 mediation.          4.70   1,175.00

03/23/05 Drafted Amended Notice of Intention to
    Take the Oral Deposition of Equitilink,
    LLC.  Reviewed Defendants' Responses to
    Plaintiff's Request for Admissions and
    Defendants' Answers to Plaintiff's
    Interrogatories.                                  4.60   1,150.00

03/31/05 Reviewed Tobey's Objections to Amended
    Notice of Intention to Take the Oral
    Deposition of Equitilink, LLC.  Prepared
    deposition and took deposition of James
    J. Mahoney, corporate representative for
    Equitilink, LLC.                                  9.20   2,300.00

04/01/05 Prepared for and attended mediation at
    Jerome Levy's office, signed Memorandum
    of Compromise and Settlement.  Discussed
    with Scott Sitra.                                 7.70   1,925.00

04/26/05 Telephone conference with Al Delisle
    about Equitilink referral request from CA
    OTC comp.                                         1.40     350.00

04/27/05 Good conversation w/Glenda, left message
    for Robert requesting conference about
    representation in light of 5/2 motion
    deadline, call from prospective
    Equitilink client requesting reference.
    Drafted letter to Ms. Janet Baggett,
    Docket Clerk, informing her that the
    mediation on April 1, 2005 was
    unsuccessful and requesting reinstatement
    of the case on the docket.                        1.50     375.00

04/28/05 Called Tobey to discuss whether Tobey
    opposes a Motion for Summary Judgment in
    light of his loss of client control and
    probable withdrawal of representation.

Scott Sitra

Account No:   80010-01
Statement No:      2192

Premier v. Equitilink, et al

|  | | Hours | |
|---|---|---|---|
| | Not surprisingly, Tobey strongly opposes a MSJ, so I will not file it. | 0.70 | 175.00 |
| 04/29/05 | Jim and Tom Mahoney called about Equitilink and "our legal relationship." Called Tobey and discussed matter.   Tobey told me that he will call Mahoneys. Phone call to update Scott and Al. | 1.80 | 450.00 |
| 05/03/05 | Reviewed Tobey's Motion for Withdrawal of Counsel and called Tobey to discuss same. Called Scott and Al to update them on Tobey's Motion to Withdraw. | 2.70 | 675.00 |
| 05/05/05 | Reviewed Judge Lindsay's Order granting Tobey's Motion to Withdraw as Counsel, called Scott Sitra and discussed new strategy. | 1.80 | 450.00 |
| 05/17/05 | Talked with James Mahoney about reopening case after unsuccessful mediation, reviewed James Mahoney's letter opposing motion to reopen, drafted Plaintiff's Motion to Re-open and Brief in Support. | 2.60 | 650.00 |
| 05/18/05 | Finalized Motion to Reopen. | 1.20 | 300.00 |
| 06/15/05 | Phone call with Deidre Hill, Judge Lindsay's clerk, about goal of Premier's motion to re-open solely to avoid administrative closure of case post-failed mediation. | 0.30 | 75.00 |
| 06/22/05 | Reviewed Judge Lindsay's June 22, 2005 Order granting Plaintiff's Motion to Reopen and Brief in Support. | 0.30 | 75.00 |
| 07/03/05 | Began drafting Motion for Default Judgment and reviewed pre-trial deadlines. | 2.90 | 725.00 |
| 07/05/05 | Drafted Plaintiff's Request for Entry of Default. | 2.70 | 675.00 |
| 07/06/05 | Reviewed Scheduling Order in conjunction with continued preparation of motion for default judgment documents.  Phone call with Judge Lindsay's judicial assistant (Darnecia Campbell) about pre-trial materials filing deadlines.  She said to disregard 8/1-related deadlines, call back Friday afternoon if I have not heard from her. | 1.60 | 400.00 |
| 07/28/05 | Reviewed Judge Lindsay's July 28, 2005 Order striking Defendants' defenses and | | |

Scott Sitra

Premier v. Equitilink, et al

|  |  | Hours |  |
|---|---|---|---|
|  | Original Answer and Ordering Plaintiff to move for default judgment.  Called and discussed good news with Scott Sitra and Al Delisle. | 1.40 | 350.00 |
| 08/01/05 | Reviewed and forwarded Equitilink order of default to Scott and Al, discussed case strategy. | 2.70 | 675.00 |
| 08/03/05 | Researched and discussed motion for default judgment against Equitilink with Scott Sitra and Al Delisle. | 5.40 | 1,350.00 |
| 08/04/05 | Began drafting Motion for Default Judgment.  Emailed affidavits to Scott Sitra.  Telephone conference to follow up. | 6.80 | 1,700.00 |
| 08/05/05 | Reviewed Scott's bio, discussed it with him, and converted it into his default judgment motion affidavit. | 2.20 | 550.00 |
| 08/08/05 | Reviewed and revised motion for default judgment and appendix. | 7.20 | 1,800.00 |
| 08/09/05 | Further reviewed and revised motion for default judgment and appendix. | 2.30 | 460.00 |
| 08/10/05 | Reviewed affidavits, called Equitilink to comply with conference requirement. Called Equitilink again to conference about mtn for default - Hanna, who identified herself as the operations manager, answered phone again and told me that Jim Mahoney is not available. | 2.40 | 600.00 |
| 08/11/05 | Personally filed Motion for Default Judgment and Brief in Support and Appendix. | 1.00 | 250.00 |
| 08/16/05 | Received angry phone call from Jim Mahoney in response to motion for default judgment, followed up with Scott and Al. Reviewed and responded to Scott's email about strategy. | 2.40 | 600.00 |
| 08/23/05 | Phone call with attorney for Equitilink, Rob Kilborn, about options to avoid default judgment. | 0.40 | 100.00 |
| 09/13/05 | Reviewed Order granting Motion for Default Judgment, conference call with Scott and Al to discuss strategy and to confirm need to continue with drafting of motion for summary judgment against Mahoneys and working on collecting from |  |  |

Scott Sitra

Account No:   80010-01
Statement No:      2192

Premier v. Equitilink, et al

|  |  | Hours |  |
|---|---|---|---|
| | Equitilink and Shamrock. | 2.30 | 575.00 |
| 11/09/05 | Reviewed Order to submit attorney fees to the Court in support of Motion for Default Judgment. | 0.30 | 75.00 |
| 11/18/05 | Met with Eric Fein and discussed substitution of counsel.  Discussed same with Scott Sitra, who agreed. | 2.20 | 550.00 |
| 11/21/05 | Pre-Eric Fein conference call with Scott, then conducted conference call with Eric, Scott, and Al about Equitilink referral and attorney substitution. | 0.80 | 200.00 |
| 11/22/05 | Email with Al about Equitilink lawsuit engagement letter, talked with Scott about retainer.  Confirmed that Eric Fein has faxed engagement letter to Scott and Al. | 0.50 | 125.00 |
| 11/23/05 | Talked with Eric Fein about meeting Friday morning to turn over file. | 0.30 | 75.00 |
| | For Current Services Rendered | 211.40 | 52,735.00 |

### Expenses

| | | |
|---|---|---|
| 01/22/04 | Filing Fee - Plaintiff's Original Petition and Request for Disclosure | 163.00 |
| 02/11/04 | Service Fee - Plaintiff's Original Petition and Request for Disclosure | 55.00 |
| 06/16/04 | Erickson Partners, LLC - Damages valuation expert flat fee, up to and including expert report but no depositions, hearings, or trial. | 7,500.00 |
| 08/20/04 | Courier expense - Joint Status Report on Settlement | 7.50 |
| 08/27/04 | Courier expense - Joint Motion for Enlargement of Time to the Deadline for Mediation and Brief in Support | 10.00 |
| 08/31/04 | Lunch meeting with Victoria Carlton to discuss case - Pappasitos in Richardson. | 66.48 |
| 12/20/04 | Courier expense - Joint Motion for Continuance and Request for a Revised Scheduling Order and Brief in Support. | 36.00 |
| 03/24/05 | Mediation fee for April 1, 2005 mediation to Jerome S. Levy, Esq. | 500.00 |
| 03/31/05 | Deposition expense - court reporter and videographer. | 425.00 |
| | Total Expenses | 8,762.98 |
| | Total Current Work | 61,497.98 |

Scott Sitra                                                              11/25/2005
                                                    Account No:   80010-01
                                                    Statement No:      2192

Premier v. Equitilink, et al



        Balance Due                              $61,497.98