**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **PREMIER DEVELOPMENT AND INVESTMENT, INC.,** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 3:04-CV-0405-L |
| **EQUITILINK, L.L.C., et al.,** § § § | |
| **Defendants.** § | |

## DEFAULT JUDGMENT

This default judgment is entered pursuant to Fed. R. Civ. P. 55, the court's opinion and order filed September 13, 2005, and the court's opinion and order filed February 17, 2006. Defendants Equitilink, L.L.C. and Shamrock Holdings are in default, and Plaintiff Premier Development and Investment, Inc. is entitled to a judgment against them. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

A. Plaintiff Premier Development and Investment, Inc. have judgment and recover against Defendants Equitilink, L.L.C. and Shamrock Holdings jointly and severally for the amounts set forth below:

  1. $810,000 for economic damages incurred for breach of contract; and
  2. $66,184.44 for attorney's fees.

B. Postjudgment interest shall accrue on the total amount of **$876,184.44**, as set forth in Subparts A(1) and A(2), at the applicable federal rate from the date of entry of this judgment until it is paid in full;

C. All allowable and reasonable costs are taxed against Defendants Equitilink, L.L.C. and Shamrock Holdings;

D. All relief not expressly granted herein is **denied**; and

E. Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk to enter this as a final judgment against Defendants Equitilink, L.L.C. and Shamrock Holdings.

**Signed** this 17th of February, 2006.

_____
Sam A. Lindsay
United States District Judge